FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 APR 18 A 2: 02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDUARDO E. PEREIRA, | * | CIVIL ACTION |
| Plaintiff | * | |
| VERSUS | * | NO. 04-1101 |
| PHILIP MORRIS USA INC. | * | SECTION NO. "R" |
| Defendant | * | MAGISTRATE 1 |

* * * * * * * * * * * * * * * *

### O R D E R

Considering the foregoing Plaintiff's Unopposed Motion to Dismiss filed by plaintiff, Eduardo E. Pereira,

IT IS ORDERED that plaintiff, Eduardo E. Pereira's Petition for Damages be and it is hereby dismissed, with prejudice, each party to pay their respective costs.

NEW ORLEANS, LOUISIANA, this 18th day of April, 2005.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___